UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KATRINA MOORE,<br>        Plaintiff, | No. C 10-4288 JCS |
| v. | **ORDER RE: ATTENDANCE** |
| HAPAG-LLOYD (AMERICA), INC., et al.,<br>        Defendants.<br>_____/ | Date:              June 28, 2011<br>Neutral Evaluator:  Suzanne Nusbaum |

     IT IS HEREBY ORDERED that the request for defendants' representatives and insurer representative to attend telephonically the June 28, 2011 mediation before Suzanne Nusbaum is GRANTED. All of the representatives shall be available at all times to participate in the mediation in accordance with ADR L.R. 5-10(f).

     IT IS SO ORDERED.

June 8, 2011          By:    *Elizabeth D. Laporte*

Dated                                         Elizabeth D. Laporte<br>
                                       United States Magistrate Judge